UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST LAMONT WARREN,

        Petitioner,        Case No. 1:10cv330

v.        Hon. Robert J. Jonker

CINDI S. CURTIN,

        Respondent.

_____/

**ORDER**
**APPROVING REPORT AND RECOMMENDATION**

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 20, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 20, 2012, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the habeas petition is DENIED.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.  The Court notes that Petitioner has already filed a premature Notice of Appeal.  In light of the failure to object, the Court finds no good-faith basis for appeal.

Dated:   September 28, 2012        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE